UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK PARKER, | ) | |
| | ) | Case No. 4:06-CV-02695 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE ANN ALDRICH |
| | ) | |
| DAVID BOBBY, Warden, | ) | Magistrate Judge |
| | ) | David S. Perelman |
| Respondent. | ) | |
| | ) | MEMORANDUM AND ORDER |
| | ) | |
| | ) | |

In May, 2003, petitioner Mark Parker was convicted on one count of aggravated burglary, one count of rape with a firearm specification, and one count of kidnapping. On November 8, 2006, Parker filed the instant petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 [Docket No. 1]. The petition was referred to Magistrate Judge Perelman for a report and recommendation ("R&R"), which was filed on September 11, 2007 [Docket No. 14]. Magistrate Judge Perelman recommended that Parker's petition be dismissed.

Neither party has filed an objection to the R&R, waiving further review in this court of the R&R. *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir.1995). Accordingly, this court adopts the well-reasoned and thorough R&R in its entirety, and for the reasons stated therein, dismisses Parker's petition for habeas corpus relief.

Because the parties have failed to file any objections, they have waived any rights to appellate review. *Miller*, 50 F.3d at 380. Therefore, this order is final, but not appealable.

IT IS SO ORDERED.

                                                                 */s/ Ann Aldrich*
                                                                  ANN ALDRICH
                                                                  UNITED STATES DISTRICT JUDGE

**Dated: November 6, 2007**